Dismissed and Memorandum Opinion filed April 14, 2005









Dismissed and Memorandum Opinion filed April 14, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00045-CV

____________

 

IN THE
INTEREST OF D.B.T & C. J. L.T

 

 

 



 

On Appeal from the
314th District Court

 Harris County, Texas

Trial Court Cause
No. 04‑04564J

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 2, 2004.

On March 31, 2005, appellant filed a motion to dismiss the
appeal.  See Tex. R. App. P. 42.1.  Appellant states that the trial court granted
a new trial.  The motion to dismiss is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 14, 2005.

Panel consists of Justices
Edelman, Seymore, and Guzman.